# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:12-cv-57

| | |
|---|---|
| JOYCE JUSTUS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| ETHICON, INC., and JOHNSON & ) | |
| JOHNSON, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Timothy G. Barber's Application for Admission to Practice *Pro Hac Vice* of Philip J. Combs. It appearing that Philip J. Combs is a member in good standing with the West Virginia State Bar and will be appearing with Timothy G. Barber, a member in good standing with the Bar of this court, that all admission fees have been paid, and the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that Timothy G. Barber's Application for Admission to Practice Pro Hac Vice (#7) of Philip J. Combs is **GRANTED**,

and that Philip J. Combs is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Timothy G. Barber.

Signed: January 17, 2017

Dennis L. Howell
United States Magistrate Judge