# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:12-cv-57

| | |
|---|---|
| JOYCE JUSTUS, ) </br> ) </br> Plaintiff, ) </br> ) </br> vs. ) </br> ) </br> ETHICON, INC., and JOHNSON & ) </br> JOHNSON, ) </br> ) </br> Defendants. ) </br> ) | ORDER |

**THIS MATTER** is before the Court on Kimberly Wilson White's Application for Admission to Practice *Pro Hac Vice* of Fred Thompson, III. It appearing that Fred Thompson, III is a member in good standing with the South Carolina State Bar and will be appearing with Kimberly Wilson White, a member in good standing with the Bar of this court, that all admission fees have been paid, and the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that Kimberly Wilson White's Application for Admission to Practice Pro Hac Vice (#11) of Fred Thompson, III

is **GRANTED**, and that Fred Thompson, III is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Kimberly Wilson White.

Signed: January 18, 2017

Dennis L. Howell
United States Magistrate Judge